[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————————

No. 22-12890

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

LAWRENCE LEE AZBELL,
a.k.a. Lawrence Azvell,
a.k.a. Larry Azbell,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Alabama

2                          Opinion of the Court                      22-12890

D.C. Docket No. 5:19-cr-00018-AKK-GMB-1

_____

Before LUCK, LAGOA and ANDERSON, Circuit Judges.

PER CURIAM:

Perry Russell Steen, appointed counsel for Lawrence Lee Azbell in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Azbell's revocation and subsequent sentence are **AFFIRMED**.